IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| Dwight Stevens, Toni Stevens and Blake Stevens,<br><br>      Plaintiffs,<br><br>vs.<br><br>Southern States Cooperative, Inc.,<br><br>      Defendant. | Case No.: 4:12-cv-03330-RBH<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE PARTIES AND FOR CONSOLIDATION WITH CASE NO. 4:12-CV-03341-RBH** |

  This matter is before the Court upon the Motion of the Plaintiffs and with the consent of all parties, by and through their respective counsel, for the substitution of Cheminova, Inc. ("Cheminova") for Defendant Southern States Cooperative, Inc. ("Southern States") and for the consolidation of this matter with Case Number 4:12-cv-03341-RBH entitled *Squires Brothers, Inc. v. Cheminova, Inc. and Southern States Cooperative, Inc.* which is also pending in this jurisdiction.

  The Court being fully advised on the premises, it is hereby ORDERED AND ADJUDGED that Cheminova is substituted as the Defendant in this matter, Plaintiffs' claims against Southern States are dismissed without prejudice, the Third Party Complaint filed by Southern States against Cheminova is dismissed without prejudice, and this matter shall be consolidated with Case Number 4:12-cv-03341-RBH, which shall be used for any further proceedings in these matters.

  **IT IS SO ORDERED.**

                     s/R. Bryan Harwell
                     R. Bryan Harwell
                     United States District Judge

Date: January 30, 2013
Florence, South Carolina